IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT JOELY WHITE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv113-HSO-RHW |
| | § | |
| **COMMUNITY BANCSHARES OF MISSISSIPPI, INC.,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered herewith denying Plaintiff's Motion [1] for Relief That is Barred by a Pending Appeal,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 26th day of June, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE